## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

| | | |
|---|---|---|
| **GRIFFIN & GRIFFIN EXPLORATION, LLC** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL JURY ACTION** **NO. 5:12-cv-00129** |
| **BLUE ROSE II, LLC** | § § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Griffin and Griffin Exploration, LLC and Defendant Blue Rose II, LLC hereby stipulate and agree that because they have reached a satisfactory resolution of this matter, the above-captioned matter, including all claims and counterclaims, is hereby dismissed with prejudice, without costs in favor of or against any party.

Respectfully submitted,

GRIFFIN & GRIFFIN EXPLORATION, LLC
Plaintiff

By Its Attorneys,
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _/s/ Walker W. Jones, III_
    WALKER W. JONES, III

OF COUNSEL

Walker W. Jones, III (MSB # 3303)
Sterling Kidd (MSB # 103670)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
4268 I-55 North
Meadowbrook Office Park
Post Office Box 14167
Jackson, MS 39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

-and-

Richard A. Sayles (*Admitted Pro Hac Vice*)
Robert L. Sayles (*Admitted Pro Hac Vice*)
SAYLES WERBNER, P.C.
1201 Elm St., Suite 4400
Dallas, TX  75270
Telephone:  (214) 939-8762
Facsimile:  (214) 939-8787

                                                BLUE ROSE II, LLC
                                                Defendant

                                                By Its Attorneys,
                                                THE MAJORIE FIRM LTD.

                                                By: */s/Francis B. Majorie*_____

OF COUNSEL:
Francis B. Majorie PC
(Pro Hac Vice)
THE MAJORIE FIRM LTD.
3514 Cedar Springs Road
Dallas, Texas 75219
Telephone:  (214) 522-7400
Facsimile:  (214) 522-7911

-and-

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO
587 Highland Colony Parkway (39157)
P.O. Box 3380
Ridgeland, MS 39158-3380
Telephone:  (601) 427-0048
Facsimile:  (601) 427-0050

2

## CERTIFICATE OF SERVICE

I certify that on November 26,  2013, I electronically filed the foregoing *Stipulation of Dismissal With Prejudice* with the Court using the ECF system which sent notification of such filing to all counsel of record via the Court's ECF system.

/s/ Walker W. Jones, III
WALKER W. JONES, III

3